# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __Joan M. Azrack__  DATE: __10/5/10__

DOCKET NUMBER: __10-131M__  LOG #: __11:41-11:42__

DEFENDANT'S NAME: __Cecilia Chang__

___ Present  __✓__ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL : _____

___ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: _____  DEPUTY CLERK : _____

INTERPRETER : _____  (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

__✓__ _Albert Wong_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type ___  Start _____  Stop _____

___ Order of Speedy Trial entered.  Code Type ___  Start _____  Stop _____

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

1 of 2

UNITED STATES OF AMERICA

v.

Cecilia Chang
_____
Defendant

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 10-1131\<M\>

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and;

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or  $1.5 million
[✓] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: __NYC + LI__
[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: list of witnesses to be provided by AUSA
[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.
[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
  [✓] is subject to home detention with electronic monitoring with the following conditions: medical emergencies, court
  [✓] must undergo ( ) random drug testing (✓) evaluation and/or ( ) treatment for: (✓) substance abuse (✓) alcoholism ( ) mental health problems.
  [✓] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 1.5 million. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____
(1) [✓] premises located at: 55-15 Seabury St. Elmhurst NY   owned by   Carol Eng
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 10/5/10 _____

[ ] Other Conditions:
_Carol Eng_  Address: 55-15 SEABURY St. Elmhurst, N.Y. 11373
J.O. 10/4/10  _Jeffrey Kung_  Address: 217-14 62nd Ave Hollis Hills, NY 11427
CR _Elliot Kung_ Surety  Address: 217-14 82nd Ave Hollis Hills NY 11427

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____ on 10/1/10, 20___

_____
Signature of Defendant

Courtroom Deputy     Pink - Pretrial Services     Goldenrod - Defendant

(9)

Docket No. 10-1131M                                    PAGE 2 OF 2

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: Cecila Chang                Amount of Bond:$ 1.5 million

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Address | Date | Acknowledged Before |
|---|---|---|---|
| Surety: Jimmy Ran | 8522 Grand Ave. Elmhurst NY 11373 | 10/5/10 | USMJ |
| Surety: Benjamin Keh | 22 Fairway Dr. Hempstead NY 11550 | 10/01/2010 | USMJ |
| Surety: Yin Sze | 19 S. 8th St. New Hyde Park, NY | 10/1/10 | USMJ |
| Surety: Albert Wong by 10/5 | 19 S 8th St New Hyde Park, NY | 10/5/10 | USMJ |
| Surety: | | | USMJ |
| Surety: | | | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20__    _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

② Premises located at: 19 South 8TH St. New Hyde Park, NY
Owned by: Yin Sze + Albert Wong

⑤ Premises located at: 8234 Tryon Place, Jamaica Estates, NY
Owned by: Cecilia Chang

Premises located at: _____
Owned by: _____